WILLIAM J. LANG LAND
CLEARING, INC., Pe-
titioner–Appellant,

v.

ADMINISTRATOR, WAGE & HOUR
DIVISION, U.S. Department of Labor,
and, Administrative Review Board,
U.S. Department of Labor, Respon-
dents–Appellees.

No. 07–2423.

United States Court of Appeals,
Sixth Circuit.

Aug. 6, 2008.

BEFORE: ROGERS, McKEAGUE,
Circuit Judges; ADAMS, District Judge.*

## OPINION

McKEAGUE, Circuit Judge.

Petitioner William J. Lang Land Clear-
ing, Inc. ("Lang") challenges the district
court's determination that the Department
of Labor, Wage Appeals Board's (the
"Board") decision, involving Lang's pre-
vailing wage obligations on federally fund-
ed projects, was supported by substantial
evidence, not arbitrary, capricious, or an
abuse of discretion, and otherwise in accor-
dance with the law. Lang appeals from
the district court's grant of summary judg-
ment in favor of respondents and against
Lang. *See William J. Lang Land Clear-*

* The Honorable John R. Adams, United States
District Judge for the Northern District of

*ing, Inc. v. Adm'r, Wage and Hour Div.,*
520 F.Supp.2d 870 (E.D.Mich.2007).

Upon our extensive review of the record,
the applicable law, and the parties' briefs,
we conclude that the district court proper-
ly granted summary judgment in favor of
respondents and against Lang. Because
issuing a full opinion would serve no juris-
prudential purposes, we AFFIRM the
judgment of the district court on the basis
of the district court's opinion and order of
September 29, 2007.